UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:24-cv-01358-SSS-SPx | Date | October 10, 2024 |
| Title | O.C. v. County of Riverside, et al. | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):
None Present   None Present

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE CONSOLIDATED WITH RELATED CASES**

On March 26, 2024, seven plaintiffs filed individual lawsuits against Defendant Riverside County Sheriff's Department and related entities and individuals. Each Plaintiff alleges she was sexually abused by Defendant Christian Heidecker while participating in the Riverside Alternative Sentencing Program. Those seven lawsuits are:

*A.S. v. Riverside County Sheriff's Department et al.*, 5:24-cv-00640;
*K.P. v. Riverside County Sheriff's Department et al.*, 5:24-cv-00641;
*J.C. v. Riverside County Sheriff's Department et al.*, 5:24-cv-00642;
*A.R. v. Riverside County Sheriff's Department et al.*, 5:24-cv-00643;
*C.A. v. Riverside County Sheriff's Department et al.*, 5:24-cv-00644;
*Y.V. v. Riverside County Sheriff's Department et al.*, 5:24-cv-00645; and
*A.M. v. Riverside County Sheriff's Department et al.*, 5:24-cv-00646.

On June 28, 2024, Plaintiff filed this lawsuit with different counsel, though the complaint appears substantially similar to the previously filed seven cases. [Dkt. 1].

After reviewing the complaints in those eight cases, the parties are **ORDERED TO SHOW CAUSE** why the cases should not be consolidated pursuant to Federal Rule of Civil Procedure 42.  Additionally, the parties and their counsel are asked to disclose any other pending federal litigation arising from the same course of conduct.  The parties must respond in writing by **November 8, 2024**.  A hearing is set on this matter on **November 15, 2024, at 1:00 p.m. via Zoom videoconference**.

**IT IS SO ORDERED.**